# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Andrew Touchstone, c/o Teri      :
Touchstone,                          :
               Petitioners    :
                            :
        v.            :      No. 1336 C.D. 2018
                            :
Workers' Compensation Appeal   :
Board (Touchstone and Associates, :
P.C.),                         :
           Respondent   :

## **O R D E R**

NOW, September 23, 2019, upon consideration of Petitioner's application for reconsideration/reargument, and Respondent's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge